IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01294-PAB-MEH

GARY CASEY and
SHERI CASEY,

    Plaintiffs,

v.

NCO FINANCIAL SYSTEMS, INC. and
ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendants.

_____

**ORDER OF DISMISSAL OF DEFENDANT ALLIANCEONE RECEIVABLES
MANAGEMENT, INC. WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon plaintiffs' Motion to Dismiss Defendant Allianceone [Docket No. 27]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Defendant Allianceone [Docket No. 27] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Allianceone Receivables Management, Inc. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 21, 2009.

                      BY THE COURT:

                      s/Philip A. Brimmer
                      PHILIP A. BRIMMER
                      United States District Judge