**MINUTE ENTRY FOR SETTLEMENT CONFERENCE**

TO: DOCKETING

DATED: July 23, 2009

FROM: Michael E. Hegarty
United States Magistrate Judge

RE: Settlement conference in *Casey v. NCO Financial Systems*, 08-cv-01294-PAB-MEH

      ____    A settlement conference was held on this date, and the case did not settle.

      _X_    A settlement conference was held on this date, and the case settled.

      _X_    Settlement conference was held for three hours, including preparation.

      _X_    The settlement conference was concluded.

      ____    No record was made.

      _X_    A record was made.